STATE OF NEW JERSEY v. ROBERT WALDON.

May 31, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES COHENS, JR.

May 31, 1983.

Petition for certification denied.

ELIZABETH GRAUL v. ALBERT R. GRAUL.

May 31, 1983.

Petition for certification denied.

RAY GUY'S TRAILER COURT, INC. v. LOURDES GRASSO.

May 31, 1983.

Petition for certification denied.